**No. 63015.**—Frank P. Dow Co., Inc., and Elliot Import Corpn. *v.* United States protest 58/16197 (San Francisco).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63016.**—Pan Pacific Overseas Corporation *v.* United States, protest 58/14164 (San Francisco).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dimissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 63017.**—Plus Computing Machines, Inc. *v.* United States, protests 58/851(A), etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the items of merchandise marked "A" consist of key-driven calculating machines and parts thereof the same in all material respects as those the subject of *Plus Computing Machines, Inc.* v. *United States* (44 C.C.P.A. 160, C.A.D. 655), the claim at 11½ percent under the provision in paragraph 372, as modified by T.D. 54108, for calculating machines specially constructed for multiplying and dividing and parts thereof was sustained as to said items. The items marked "B," stipulated to be the same in all material respects as the merchandise the subject of C.A.D. 655, *supra*, except for having, in addition, an electric motor as an essential feature, were held dutiable at 11½ percent under the provision in paragraph 353, as modified by T.D. 54108, for calculating machines specially constructed for multiplying and dividing, having an electric motor as an essential feature and parts thereof.

**No. 63018.**—Buhler Brothers, Inc. *v.* United States, protest 58/8082 (San Francisco).

Opinion by LAWRENCE, J. The protest was dismissed.